# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| First Sun Management Corporation, | ) | CA No. 7:21-cv-1115-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT STIPULATION OF** |
| | ) | **DISMISSAL** |
| Westfield National Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

By and with the consent of all parties who have appeared in this matter, as evidenced by these subscriptions of their respective counsel below, the within matter is hereby dismissed with prejudice pursuant to FRCP No. 41(a)(1)(A)(ii).

**PLAINTIFF(S)**                                **DEFENDANT(S)**

*/s/ Thomas W. Traxler*                          */s/ James H. Elliott, Jr.*
*Signature of Plaintiff's Counsel*               *Signature of Defendant's Counsel*


*Thomas W. Traxler (Fed. Bar No.: 4136)*         *James H. Elliott, Jr. (Fed. Bar No.: 7043)*
*Attorney for Plaintiff*                         *Attorney for Defendant*


*Dated:  August 31, 2022*                        *Dated:  August 31, 2022*